# United States Court of Appeals
## For the First Circuit

No. 13-2212

IN RE: WELLS FARGO BANK, N.A.,

JOSEPH HENNING,

Respondent,

v.

WACHOVIA MORTGAGE, FSB, n/k/a Wells Fargo Ban, N.A.,

Petitioner.

Before

Torruella, Howard and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered:  October 21, 2013

      Presently before the court is petitioner's Petition for Writ of Mandamus and Supplement to Petition for Writ of Mandamus.  As originally presented, the petition requested a writ which, if granted, would have directed the district court to vacate part of an order that it entered on September 17, 2013, and to enter judgment in favor of petitioner.  Petitioner's supplement acknowledges that the district court's decision to vacate its order in its entirety has altered the nature of the relief sought in this court.  The petitioner now effectively seeks an order from this court reassigning this case to a different district court judge "on remand."

      To the extent that the petition now seeks a writ disqualifying the district court judge from this case, such a request should ordinarily be presented in the first instance to the district court judge. <u>See</u> <u>In re United States</u>, 666 F.2d 690, 695 (1st Cir. 1981) ("the analysis of allegations, the balancing of policies, and the resulting decision whether to disqualify are in the first instance committed to the district judge").  In any event, we deny the petition, as we conclude that petitioner has not

established a clear and indisputable right to mandamus relief on any of the grounds raised.  See In re Martinez-Catala, 129 F.3d 213, 217 (1st Cir. 1997) ("The usual first requirement for mandamus in a recusal matter is that the party seeking the writ show a 'clear and indisputable' entitlement to relief."); In re Recticel Foam Corp., 859 F.2d 1000, 1005-06 (1st Cir. 1988) (case-management directives are usually within the scope of a trial court's discretion and therefore inappropriate for supervisory mandamus).  We deny the Emergency Motion to Stay Pending Mandamus Review as moot.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
David Bizar
James Harris
Arthur Telegen
Valeriano Diviacchi